**Order entered July 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00711-CV

## IN THE INTEREST OF J.L., JR., ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19273**

## ORDER

This appeal follows the trial court's judgment terminating appellant's parental rights to her children. The clerk's record reflects trial counsel for appellant, who is indigent, filed a motion to withdraw and appoint appellate counsel. Although the record reflects the trial court has "released" counsel "from further obligation in this cause," the record does not reflect appellate counsel has been appointed.

Because appellant is presumed to remain indigent through any appeals absent changed circumstances, appellate counsel must be appointed. *See In re P.M.*, 520 S.W.3d 24, 26 (Tex. 2016) (citation omitted). Accordingly, we **ORDER** the trial court to appoint counsel, if counsel has not already been appointed, to represent appellant on appeal. Counsel shall be appointed **no later than July 15, 2019**, and a supplemental clerk's record containing the appointment order shall be filed no later than **July 18, 2019.**

We note the reporter's record has not been filed because appellant has not requested it. We **ORDER** appellant's appellate counsel to file, no later than July 22, 2019, written verification that either the reporter's record has been requested or will not be requested.

We **DIRECT** the Clerk of the Court to send a copy of this order to the trial court; Dallas County Clerk Felicia Pitre; Janet Saavedra, Official Court Reporter for the 254th Judicial District Court; and, the parties, including trial counsel.

/s/    KEN MOLBERG
        JUSTICE